

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re The Estate of Nobie Florence Parker, Deceased

No. 06-14-00099-CV

Appeal from the 276th District Court of Camp County, Texas (Tr. Ct. No. CV11-1728). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Richard Parker, pay all costs of this appeal.

RENDERED JUNE 30, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk